[No. 27154-1-II.   Division Two.   January 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PAUL WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-01053-0, Stephen M. Warning, J., entered March 8, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26545-1-II.   Division Two.   January 11, 2002.]

GEORGE R. DHOOGHE, ET AL., *Respondents*, v. ALBERT ALLEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-2-00980-8, F. Mark McCauley, J., entered September 25, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 44428-0-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CORENZO NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00588-7, Patricia H. Aitken, J., entered March 12, 1999. *Remanded* by unpublished per curiam opinion.